# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128758
128759

DAVID PATTERSON,
      Plaintiff-Appellee,

v

DAIMLERCHRYSLER CORPORATION,
      Defendant-Appellant.

SC: 128758, 128759
COA: 259744, 259747
WCAC: 02-000167

_____/

On order of the Court, the application for leave to appeal the April 25, 2005 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk